# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:23-CV-00291-GCM

| | |
|---|---|
| **DENISE PARKER,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court on the Motion of Plaintiff, Denise Parker, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings[1] as well as recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel, Plaintiff's Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that attorney fees in the total amount of Six Thousand Eight Hundred Ninety-Two Dollars and Eighty-Six Cents ($6,892.86) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

---

[1] Plaintiff submitted a Statement Pursuant to Local Rule 54.2 certifying that the parties conferred, and Plaintiff's Motion is unopposed. (*See* Doc. No. 10-8.)

Whether the check is made payable to Plaintiff or to Plaintiff's attorney, the check shall be mailed to **Olinsky Law Group** at 250 South Clinton Street, Suite 210, Syracuse, NY 13202.

**SO ORDERED**.

Signed: May 7, 2024

Graham C. Mullen
United States District Judge